FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 27 2016

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. MKHITAR MKRTCHYAN DEFENDANT(S). | CASE NUMBER SA 16-0184M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __the Government__, IT IS ORDERED that a detention hearing is set for __Tuesday__, __May 3, 2016__, at __2:00__ ☐a.m. / ☒p.m. before the Honorable __Jay C. Gandhi__, in Courtroom __6A__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __April 27, 2016__

JAY C. GANDHI
U.S. Magistrate Judge